

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | | |
|---|---|---|
| DALE KNUTH and GLENDA KNUTH, | * * * | CIV 11-3011-RAL |
| Plaintiffs, | * * | ORDER |
| vs. | * * | |
| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, | * * * | |
| Defendant. | * * | |

    On October 5, 2011, the parties filed a Stipulation for Transfer of Venue (Doc. 10) agreeing that the proper venue for the case is the Southern Division, and not the Central Division, of the United States District Court for the District of South Dakota. The parties also filed on October 6, 2011, a Stipulation for Substitution of Defendant (Doc. 11) agreeing that AMCO Insurance Company should be substituted as the defendant in place of Allied Property and Casualty Insurance Company. The Court treats the stipulations as joint motions for change of venue and substitution of defendant. For good cause, it is hereby

    ORDERED that venue of this case is transferred to the Southern Division of the United States District Court for the District of South Dakota. It is further

    ORDERED that AMCO Insurance Company be and hereby is substituted for Allied Property and Casualty Company as the proper defendant and that all future pleadings be filed in the Southern Division with AMCO Insurance Company listed as the defendant. It is finally

    ORDERED that the undersigned judge shall remain assigned to the case, that a new Southern Division civil number be assigned to the case, that the Rule 16 Scheduling Order remain in place to govern the case, and that the Central Division case of Civ. 11-3011 be closed after transfer to the Southern Division and reassignment of a new civil number.

    Dated October 18, 2011.

BY THE COURT:

_____
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE